UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF WHATCOM COUNTY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C21-1615-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　Plaintiff Geneva Langworthy has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 4) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

　　Dated this 21st day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ MJ Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE L. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1