Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GENEVA LANGWORTHY, et al,

                Plaintiff(s),

v.

WASHINGTON COURTS, and

GEORGE ROCHE,

                Defendant(s).

CASE NO. 21-cv-1615-RAJ

COMPLAINT FOR A CIVIL CASE

Jury Trial: **X** Yes ☐ No

I.                  THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

      Name                   GENEVA LANGWORTHY

      Street Address        240 S. Sunnyside Ave. Unit 2802

      City and County      Sequim, Clallum County

      State and Zip Code   WA 98382

      Telephone Number   360-797-3386

B.    Defendant(s).

      Defendant No. 1

      Name                   WASHINGTON COURTS

COMPLAINT FOR A CIVIL CASE - 1

| | |
|---|---|
| Job or Title *(if known)* | Superior Court for Whatcom County |
| Street Address | 311 Grand Ave. Ste 301 |
| City and County | Bellingham, Whatcom County |
| State and Zip Code | WA 98225 |
| Telephone Number | 360-778-5560 and 360-778-5400 |

Defendant No. 2

| | |
|---|---|
| Name | GEORGE ROCHE |
| Job or Title *(if known)* | Senior Civil Prosecuting Attorney |
| Street Address | 311 Grand Ave. Ste. 201 |
| City and County | Bellingham, Whatcom County |
| State and Zip Code | WA 98225 |
| Telephone Number | 360-676-6784 |

Defendant No. 3

| | |
|---|---|
| Name | WASHINGTON COURTS |
| Job or Title *(if known)* | District Court for Whatcom County |
| Street Address | 311 Grand Ave. Ste. 401 |
| City and County | Bellingham, Whatcom County |
| State and Zip Code | WA 98225 |
| | 360-778-5400 |

Defendant No. 4

| | |
|---|---|
| Name | WASHINGTON COURTS |
| Job or Title *(if known)* | Court of Appeals, Div. I |
| Street Address | 600 University St. |
| City and County | Seattle, King County |
| State and Zip Code | WA 98101-1176 |
| Telephone Number | 206-464-7750 |

COMPLAINT FOR A CIVIL CASE - 2

II.                              **BASIS FOR JURISDICTION**

What is the basis for federal court jurisdiction?  (*check all that apply*)

X    Federal question              ☐   Diversity of citizenship.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 CFR Part 35  Non-Discrimination on the Basis of Disability in State and Local Government Services (ADA)

III.                              **STATEMENT OF CLAIM**

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The Washington Courts maintain a practice of discriminatorily and retaliatorily denying due process to individuals with disabilities, and of responding to Reasonable Accommodation Requests with deliberate indifference. Whatcom County Prosecuting Attorney George Roche retaliated and interfered with Plaintiff's civil rights by collaborating with a private attorney opposing the Plaintiff, while *ex parte* advising the courts to deny disability accommodation. The discrimination is on-going, and increasingly serious. (*See* attached pages)

IV.                              **RELIEF**

1. Injunctive relief from on-going discrimination, including a stay against the Washington Courts preventing them from sanctioning Ms. Langworthy for exercising her rights under the ADA by prohibiting her from appealing or otherwise exercising her right of access to the courts.

2. Retrospective relief for harm done, including monetary damages where available.

COMPLAINT FOR A CIVIL CASE - 3

<u>3. An injunction requiring the Washington Courts to appoint a Guardian ad Litem or a cognitive interpreter to a litigant with hidden disabilities, upon the individual's request.</u>

<u>4. Mandatory sensitivity and awareness training to prevent unconscious bias.</u>

V.  **CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           November 25, 2021

Signature of Plaintiff     *[signature]*

Printed Name of Plaintiff  Geneva Langworthy

COMPLAINT FOR A CIVIL CASE - 4